# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00315-CV

**Cindy Schlapper, Appellant**

**v.**

**Rand Forest, Buck Childers, Robert Stewart Leonard, Dorothy Stewart Uzell,
Betty Stewart Hanson, Mike Keuhl, Flagship Marine Corporation
and Shoreline Development, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-05-000033, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Cindy Schlapper has filed a motion to abate the instant appeal for 30 days to allow her to obtain a final appealable judgment from the trial court. More than 10 days have elapsed since the motion was filed, and appellees have not responded. Accordingly, we grant appellant's motion and abate this appeal for 30 days until January 16, 2007. If by that date appellant has not obtained a final appealable judgment, this case will be dismissed for want of jurisdiction.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Filed:   December 14, 2006